FILED
CLERK, U.S. DISTRICT COURT

JAN 1 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANIEL LEE BENDER,                        )        CASE NO. EDCV 07-0616-PSG (JTL)
                                          )
                  Plaintiff,              )        **J U D G M E N T**
                                          )
        v.                                )
                                          )
W.J. SULLIVAN,                            )
                                          )
                  Defendant.              )
_____)

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:   1/16/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE